UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE:  5/23/08          CASE NUMBER:  08-15787M-SD

**CLOSED**

USA vs.  Gustavo Garcia-Valadez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____ INTERPRETER  Ricardo Gonzalez _____
                                        LANGUAGE  Spanish _____

Attorney for Defendant  Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA  5/21/08            ☒  Initial Appearance          ☒  Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒  Defendant Sworn            ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐  Defendant states true name to be ___. Further proceedings  ORDERED
                             in Defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒   Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐   Defendant ordered released _____<br>☐   Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐   Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Waiver of Venue |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐   Probable cause found      ☐ Dismissed<br>☐   Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:    5/28/08 at 2:30 pm<br>Before:    Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue.  Government moves for a continuance.  Defense requests that Government justify their motion.  Government explains reason for motion.  Court grants motion and sets status hearing.

                          Recorded by Courtsmart
                          BY:  Angela J. Tuohy
                          Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Gustavo GARCIA-Valadez
Citizen of Mexico
YOB: 1963
095734489
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15787M-5

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 20, 2008, near Calexico, California in the Southern District of California, Defendant Gustavo GARCIA-Valadez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes    ☐ No

_____
Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 23, 2008                    at              Yuma, Arizona
Date                                              City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                    Gustavo GARCIA-Valadez

Dependents:                   None

**IMMIGRATION HISTORY:**      The Defendant is an illegal alien and has been apprehended by Immigration Officers on one separate occasion.

**CRIMINAL HISTORY:**

| DATE LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 10/04/2000  Sheriff's Office Sacramento, CA | Counts of D.U.I. | Probation, 10 Days in Jail |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on May 20, 2008.

Charges:    8 USC§1325                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____May 23, 2008_____
Date

_____
Signature of Judicial Officer